**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| X-MOBILE TECHNOLOGIES LLC, <br><br>     Plaintiff, <br><br>       v. <br><br> HUAWEI DEVICE USA INC., HUAWEI DEVICE (DONGGUAN) CO., LTD., AND HUAWEI DEVICE CO., LTD., <br><br>     Defendants. | CIVIL ACTION NO. 4:17-cv-695 |

**ORDER REGARDING HUAWEI'S MOTION TO DISMISS**

Plaintiff X-Mobile Technologies LLC and Defendants Huawei Device USA Inc., Huawei Device (Dongguan) Co., Ltd., and Huawei Device Co., Ltd. jointly filed a stipulation regarding Huawei's Motion to Dismiss (Dkt. #30) in this case.  The Court is of the opinion that the stipulation (Dkt. #31) should be entered and that Huawei's Motion to Dismiss should rise and fall with the Motion to Dismiss filed by Apple Inc. in *X-Mobile Technologies LLC v. Apple Inc.*, Civ. Action No. 4:17-cv-702.

IT IS THEREFORE ORDERED that, pursuant to the terms set out in the parties' Joint Stipulation Regarding Huawei's Motion to Dismiss, in lieu of the parties providing briefing in the above-captioned matter regarding Huawei's Motion to Dismiss, the Court will defer to the briefing at Dkt. 16 and 19-21 in *X-Mobile Technologies LLC v. Apple Inc.*, Civ. Action No. 4:17-cv-702.

    **SIGNED this 27th day of February, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE